# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MYRA JOHNSON**                                                **PLAINTIFF**

**v.**                          **Case No. 4:20-cv-00862-LPR**

**DEPARTMENT OF DEFENSE,**
**Dr. Mark Esper, Secretary, Army and**
**Air Force Service**                                   **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 2nd day of September, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE